# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHANNON GAVEL, on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>ATWELLS REALTY CORP., THE ONE, INC., Both d/b/a CLUB DESIRE, MADELINE DISANTO, GERARD DISANTO II,<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 1:19-cv-00433-MSM-LDA |

## ORDER APPROVING SETTLEMENT

Before the Court is the Parties' Joint Motion to Approve FLSA Settlement Agreement and for Dismissal With Prejudice pursuant to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Joint Motion is GRANTED.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement, a copy of which was attached to the Joint Motion, are a fair and reasonable resolution of a bona fide dispute between the Plaintiffs (*i.e.*, the Named Plaintiff and those two individuals who will elected to participate in this case as opt-in plaintiffs) and the Defendants Atwells Realty Corp., The One, Inc., both d/b/a Club Desire, Madeline Disanto, and Gerard Disanto II, that the Attorney's Fees and Expenses Payment are reasonable, that the Incentive Payment is reasonable, and that the settlement of the claims as to the Plaintiffs according to the procedure set forth in the Settlement Agreement is therefore approved.

The Parties shall administer the settlement of the claims of the Plaintiffs as set forth in the Settlement Agreement.

The claims of the Plaintiffs are DISMISSED WITH PREJUDICE.

**SO ORDERED.**

**DATE** _1/7/2021_

**JUDGE PRESIDING**